DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRO-FRAME CONTRACTING, INC.,**
Appellant,

v.

**DINO MOHEBBI** and **BANA CONSTRUCTION SERVICES, INC.,**
Appellees.

No. 4D2024-3158

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William Haury Jr., Judge; L.T. Case No. 062021CA021002AXXXCE.

Barbara Fox of Kubicki Draper, P.A., Miami, for appellant.

Joshua R. Levine of Joshua R. Levine, PLLC, Fort Lauderdale, for appellee Dino Mohebbi.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***